

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00060-CV

Maria Jilma **URIBE** and Jose Carlos Uribe,
Appellants

v.

**CARRINGTON MORTGAGE SERVICES, LLC** on behalf of Deutsche Bank National Trust
Co., as Indenture Trustee for New Century Home Equity Loan Trust 2006-NC4 Asset-Backed
Pass-Through Certificates,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI18492
Honorable Dick Alcala, Judge Presiding

# O R D E R

On June 28, 2016, based on the parties' joint motion to abate the appeal to give them time to mediate their dispute, we suspended the appellate timetable until August 23, 2016. On that date, Appellants noted the parties have not settled their dispute and Appellants moved to reinstate the appeal.

Appellants' motion is GRANTED; we REINSTATE the appellate timetable. Appellants' brief is due on September 22, 2016. *See* Tex. R. App. P. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court